IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Giordano and Lisa Giordano,<br><br>Plaintiffs,<br><br>v.<br><br>Chuck Johnson and Jane Doe Johnson,<br><br>Defendants. | No. CV-13-310-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Leslie A. Baumann that recommends granting the Defendant's Motion to Transfer the case to the district of New Mexico for lack of personal jurisdiction. (Doc. 14.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Baumann's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir.1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

//

//

//

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Baumann's Report and Recommendation (Doc. 14) is accepted and adopted;
2. Defendant's Motion to Transfer (Doc. 3) is GRANTED;
3. The Clerk of the Court is directed to transfer this case to the District of New Mexico.

Dated this 8th day of November, 2013.

_____
Jennifer G. Zipps
United States District Judge